```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 16-01026-RNO
David Foster Fike                                                   Chapter 13
Maryanne Kreiser
        Debtors                        **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: LyndseyPr          Page 1 of 1              Date Rcvd: Jun 14, 2017
                             Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2017.
db/jdb         +David Foster Fike,    Maryanne Kreiser,    4265 Beaufort Hunt Drive,    Harrisburg, PA 17110-3706

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Kelly M Walsh    on behalf of Joint Debtor Maryanne  Kreiser kelly@scaringilaw.com,
               jtoft@scaringilaw.com;r57745@notify.bestcase.com
              Kelly M Walsh    on behalf of Debtor David Foster Fike kelly@scaringilaw.com,
               jtoft@scaringilaw.com;r57745@notify.bestcase.com
              Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage, LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| DAVID FOSTER FIKE : | |
| MARYANNE KREISER : | |
| DEBTOR(S) : | CASE NO: 1:16-bk-01026 |
| : | |
| : | CHAPTER 13 |

### ORDER

AND NOW, upon consideration of the foregoing Motion for Hardship Discharge under 11 U.S.C. § 1328(b), and it appearing that the requested relief is proper:

Debtors' Motion for Hardship Discharge is hereby Granted.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: June 14, 2017