```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                          Case No. 16-01026-RNO
David Foster Fike                                               Chapter 13
Maryanne Kreiser
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1             User: LyndseyPr             Page 1 of 1             Date Rcvd: Aug 15, 2017
                                 Form ID: fnldec             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2017.
db/jdb        +David Foster Fike,    Maryanne Kreiser,    4265 Beaufort Hunt Drive,    Harrisburg, PA 17110-3706

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Kelly M Walsh    on behalf of Joint Debtor Maryanne  Kreiser kelly@scaringilaw.com,
               jtoft@scaringilaw.com;r57745@notify.bestcase.com
              Kelly M Walsh    on behalf of Debtor David Foster Fike kelly@scaringilaw.com,
               jtoft@scaringilaw.com;r57745@notify.bestcase.com
              Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage, LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| David Foster Fike<br>4265 Beaufort Hunt Drive<br>Harrisburg, PA 17110 | Chapter 13<br>Case No. 1:16−bk−01026−RNO |
| Maryanne Kreiser<br>aka Maryanne Fike, fka Maryanne Park<br>4265 Beaufort Hunt Drive<br>Harrisburg, PA 17110 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−0014
xxx−xx−3604

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: August 15, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk